NUMBER 13-05-134-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________
__

 

JONATHAN
VALLS,                                                 Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

________________________________________________________

 

                  On appeal from the 214th
District Court 

                           of Nueces
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

    Before Chief Justice Valdez and
Justices Hinojosa and Yañez

                       Memorandum Opinion Per
Curiam

 








Appellant, JONATHAN VALLS,
perfected an appeal from a judgment entered by the 214th
District Court of Nueces County, Texas, in cause number 04-CR-2406.  On November
23, 2005, this cause was abated, and the trial court was directed to
conduct a hearing in accordance with Tex.
R. App. P. 38.8(b)(2).  The trial
court=s findings and
recommendations were received on January 26, 2006.  The trial court found that the appellant does
not wish to prosecute his appeal.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish. 


Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 16th day of February,
2006.